IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JANE DOE,                          )
                                   )
        Plaintiff,                 )
                                   )
v.                                 )        CASE NO. CV413-123
                                   )
USA GYMNASTICS, INC., d/b/a        )
USA Gymnastics; SAVANNAH           )
METRO, INC.; and WILLIAM A.        )
MCCABE;                            )
                                   )
        Defendants.                )
_____)

## O R D E R

Before the Court is the parties' joint Motion to Remand.
(Doc. 7.)  In the motion, the parties agree that additional
discovery is necessary to determine the citizenship of Defendant
William A. McCabe, who may or may not be a citizen of Georgia
and, as a result, destroy complete diversity between the
parties.  (Id. ¶ 7.)  After careful consideration, the parties'
request to remand this case is **GRANTED** and this case is **REMANDED**
to the State Court of Effingham County.  The Clerk of Court is
**DIRECTED** to send a certified copy of this Order to the Clerk of
the State Court of Effingham County and to close this case.

SO ORDERED this 17th day of June 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA