IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JANE DOE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> USA GYMNASTICS, INC., d/b/a ) <br> USA Gymnastics; SAVANNAH ) <br> METRO, INC.; and WILLIAM A. ) <br> MCCABE; ) <br> ) <br> Defendants. ) <br> ) | CASE NO. CV413-123 |

### O R D E R

Before the Court is the parties' joint Motion to Remand. (Doc. 7.) In the motion, the parties agree that additional discovery is necessary to determine the citizenship of Defendant William A. McCabe, who may or may not be a citizen of Georgia and, as a result, destroy complete diversity between the parties. (Id. ¶ 7.) After careful consideration, the parties' request to remand this case is **GRANTED** and this case is **REMANDED** to the State Court of Effingham County. The Clerk of Court is **DIRECTED** to send a certified copy of this Order to the Clerk of the State Court of Effingham County and to close this case.

SO ORDERED this 17th day of June 2013.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA