AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Jane Doe

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV413-123

USA Gymnastics, Inc. ae al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order of June 17, 2013, Judgment is entered remanding this case to the State Court of Effingham County. This action stands closed.

| June 17, 2013 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |

GAS Rev 10/1/03